CATIA G. SARAIVA, ESQ. / SBN: 232479
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599
DBBWC-ESERVICE@DBBWC.COM

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA LACEY,<br><br>         Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC., a Delaware Corporation dba WAL-MART STORES #1903, and DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No.: 2:21-cv-00043-TLN-AC<br><br>**STIPULATION AND ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER** |

Pursuant to Local Rules 143 and 144 and for good cause, Plaintiff and Defendant, in this action, stipulate and agree to modify the Initial Pretrial Scheduling Order.  The parties, through their respective counsel, state as follows:

1.     Under the current Scheduling Order non expert discovery is due to be completed by February 14, 2022.  The parties are actively engaging in discovery in a good faith effort to complete discovery in a timely manner.  The initial written discovery was propounded by both parties, Defendant produced records and video surveillance of the incident in Mach 2021.  Plaintiff's deposition was taken on April 27, 2021.  The parties are currently meeting and conferring as to additional documents / training videos referenced in Defendant's policies and procedures.  The initial defendant employee depositions are presently scheduled for December 2021 but will need to be continued into 2022 due to the unavailability of Defendant's witnesses considering the busy

**STIPULATION AND ORDER MODIFYING THE INITIAL PRETRIAL SCHEDULING ORDER**

holiday shopping season in the months of November and December. Further, Defendants are presently working to identify the employee appearing in the video surveillance of the incident. This employee's identity is presently unknown, but once identified, Plaintiff will also require his deposition as well.

2. Most importantly, to date, Plaintiff has undergone two lumbar surgeries for injuries related to the subject incident and continues with treatment. Defendant does not stipulate that Plaintiff's injuries, treatment, or surgeries were caused by the subject incident. Plaintiff's first lumbar surgery was in November 2020 by surgeon Dmitri A. Sofianos in Springfield, Georgia. Plaintiff's second lumbar surgery was in June 2021 by surgeon Dmitri A. Sofianos in Springfield, Georgia. Unfortunately, following the most recent 2021 lumbar surgery, Plaintiff continues to experience lumbar pain, from her waist down into hips, leg, right foot, with restless leg symptoms. An updated MRI was obtained on September 21, 2021 and in early November 2021 Plaintiff underwent hip injections. In early November 2021 appointment, Plaintiff's treating healthcare professionals in Georgia now suspect Plaintiff also has a sacroiliac (SI) injury that needs to be addressed. As such, Plaintiff's prognosis and Plaintiff's future medical care needs are unclear. Defendant does not stipulate that Plaintiff's injuries, surgeries, or future medical care were caused by the subject incident.

3. Due to Plaintiff's ongoing treatment and unclear prognosis and future medical care needs, the parties are requesting the Court modify its Initial Pretrial Scheduling Order as it has become evident to the parties that additional time will be needed to: complete non-expert discovery currently due on February 14, 2022, before the parties can prepare their initial expert witness disclosures, which are currently due to be filed on April 15, 2022.

4. Consequently, there is also insufficient time under the current Scheduling Order for preparation of rebuttal expert witness disclosures by May 16, 2022.

5. Pursuant to Local Rule 144(b), the parties have not previously sought or obtained any extensions of the pretrial dates in this matter.

6. The Final Pretrial Conference and Trial have not been set in this matter.

/ / /

7.   THEREFORE, THE PARTIES STIPULATE AND AGREE to seek the following modifications of the Initial Pretrial Scheduling Order:

| Event | Current Date | Proposed Date |
|---|---|---|
| Discovery Cutoff (non-expert) | February 14, 2022 | **August 15, 2022** |
| Initial Expert Witness Disclosure | April 15, 2022 | **October 17, 2022** |
| Supplemental / Rebuttal Expert Disclosure | May 16, 2022 | **November 16, 2022** |
| File Joint Notice of Trial Readiness | June 14, 2022 | **December 14, 2022** |
| Last Day to File Dispositive Motions | August 15, 2022 | **February 15, 2023** |
| Expert Discovery Cutoff | None | |

For each of the foregoing reasons, the parties agree and respectfully submit that good cause exists for the Court to modify the Initial Pretrial Scheduling Order to provide the parties sufficient time to disclose expert and rebuttal expert witnesses, to prepare expert reports, and to adequately conduct the remaining discovery necessary to prosecute and defend this matter.

DATED: November 17, 2021         **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

                                 */s/ Catia G. Saraiva*
                             By:_____
                                 CATIA G. SARAIVA
                                 Attorneys for Plaintiff

DATED: November 17, 2021         **PORTER SCOTT**

                                 */s/ Daniel Phung*
                             By: _____
                                 DANIEL PHUNG
                                 Attorneys for Defendant

-3-
**STIPULATION AND ORDER MODIFYING THE INITIAL PRETRIAL SCHEDULING ORDER**

**ORDER**

**IT IS SO ORDERED**, that the Initial Pretrial Scheduling Order is modified as follows:

1. Discovery cutoff (*except* expert discovery) shall be completed by **August 15, 2022**.

2. Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert disclosure requirements on or before **October 17, 2022**.

3. The time for any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) shall be **November 16, 2022**;

4. File Joint Notice of Trial Readiness by **December 14, 2022**; and

5. File dispositive motions by **February 15, 2023**.

DATED: November 23, 2021

_____
Troy L. Nunley
United States District Judge

**STIPULATION AND ORDER MODIFYING THE INITIAL PRETRIAL SCHEDULING ORDER**